501 A.2d 249

In re the Appeal of the ESTATE OF Charles ACHEY From the Decision of the Manor Township Board of Supervisors.

Appeal of MANOR TOWNSHIP BOARD OF SUPERVISORS.

In re the Appeal of the ESTATE OF Charles ACHEY From the Decision of the Manor Township Board of Supervisors.

Appeal of COLONIAL MANOR CIVIC ASSOCIATION.

Supreme Court of Pennsylvania.

Argued Oct. 23, 1985.

Decided Dec. 13, 1985.

Thomas L. Goodman, Millersville, Robert S. Bennett, Jr., Media, (co-counsel), Melvin E. Newcomer, Lancaster, Arthur R. Littleton, Philadelphia, for appellant.

Charles E. Zaleski, Harrisburg, for Estate of Charles Achey at Nos. 52 & 53.

Melvin E. Newcomer, Lancaster, for Colonial Manor Civic Assoc. at No. 52.

Thomas L. Goodman, Robert S. Bennett, Jr., Media, for Manor Twp. Bd. of Supervisors—at No. 53.

Before NIX, C.J. and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

AND NOW, this 13th day of December, 1985, the order of Commonwealth Court, 86 Pa.Cmwlth. 385, 484 A.2d 874, is affirmed on the opinion of Judge Blatt.